Argued and submitted December 11, 2008, reversed and remanded
January 7, 2009

In the Matter of the Marriage of

Patricia H. GEER,
*Petitioner-Appellant,*
*and*

Robert M. GEER,
*Respondent.*

Linn County Circuit Court
071805; A137964

200 P3d 618

Melanie B. Rezvani argued the cause for appellant. With her on the brief was Rezvani Law Office, LLC.

No appearance for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Wife appeals from a judgment of dismissal, which was predicated on the trial court's *sua sponte* determination that there was a lack of personal jurisdiction, ORCP 21 A(2), with respect to respondent husband, who has never appeared or filed any response in this matter. Wife contends, and we agree, that the trial court erred in rendering that determination. *See Osburn v. Pace*, 55 Or App 492, 494, 638 P2d 497 (1982) ("The trial court's *sua sponte* dismissal for lack of personal jurisdiction over defendant was error. The defense may not be raised on the court's own motion.").

Reversed and remanded.